**Crespin G. GUTIERREZ, Appellant,**

v.

**STATE of Texas, Appellee.**

**No. 32459.**

Court of Criminal Appeals of Texas.

Jan. 11, 1961.

Werner A. Gohmert, Alice, for appellant.

John C. Mullen, Jr., County Atty., Alice, and Leon B. Douglas, State's Atty., Austin, for the State.

BELCHER, Commissioner.

The prior opinion is withdrawn.

The conviction is for aggravated assault with a motor vehicle upon appellant's plea of guilty before the court without a jury; the punishment, 30 days in jail and a fine of $150.

By supplemental transcript filed herein it now appears that the judgment of the court was rendered and entered at a time when said court was in regular session.

No statement of facts or bills of exception accompany the record.

Nothing being presented for review and the record appearing regular, the judgment is affirmed.

Opinion approved by the court.